IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUDOLF SUTER, | § § § | |
| Plaintiff | § § | |
| vs. | § § | Case No. 3:18-CV-1988-N |
| PETER DENTON, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 16, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motions to Dismiss [37, 38, 39, 43, 55 & 60] are granted.

**SO ORDERED**, this 14th day of August, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE